PHILIP NASSAU, Respondent, v. M. SMOLEROFF HOLDING CO., INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin and O'Malley, JJ., vote to affirm without prejudice to an application by defendant for a limited stay if it shows that it would be prejudiced by an immediate trial.

LOUIS KREPCHIN, a General Creditor of the BARCLAY-ARROW HOLDING CORPORATION, Suing on Behalf of Himself and All Other Creditors Similarly Situated, Respondent, v. BARCLAY-ARROW HOLDING CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDMOND WEIL, INC., Respondent, v. DANIEL HAYS COMPANY, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

M. I. M. REALTY CO., INC., Appellant, v. SARAH SILVERSTEIN, Also Known as SADIE SILVERSTEIN, and Others, Defendants, Impleaded with ROBERT STRAHL and Others, Respondents; MAURICE SIMMONS, Referee.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. ERY KEHAYA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY E. BERGELT and Others, Respondents, v. NICHOLAS ROBERTS and Others, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [144 Misc. 832.]

CREDITORS LIQUIDATION CORPORATION, a Domestic Corporation, Respondent, v. E. PAUL YASELLI, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL SHEINDELMAN, Appellant, v. DAVID SKOLKIN and LEO SKOLKIN, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL N. RUBIN, on Behalf of Himself and All Other Members of the Moving Picture Machine Operators' Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Appellant, v. SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: LYON METALLIC MANUFACTURING COMPANY, Judgment Creditor, Appellant, v. E. S. DONOVAN, Judgment Debtor, Respondent.— Order reversed, with ten dollars costs and disbursements,